THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sylvester Black, Appellant.
 
 
 

Appeal From Bamberg County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2007-UP-157
Submitted April 2, 2007  Filed April 4, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, South Carolina Commission of Indigent Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Sylvester Black appeals his convictions for accessory after the fact of armed robbery and murder, and two consecutive sentences of fifteen years imprisonment.  Black argues the plea court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Blacks appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, KITTREDG and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.